UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL LARKE, T.L.,[1]<br>   *Plaintiffs*,<br><br>v.<br><br>FITCHBURG HIGH SCHOOL, DOUG SOCHOVKA and DR. JOHN BRAGA[2]<br><br>   *Defendants*. | C.A. No. 4:25-cv-40129 |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**
**28 U.S.C. § 1441(a)**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

The Petitioner, Fitchburg High School, respectfully petitions this Court, pursuant to 28 U.S.C. § 1441(a), for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, Eastern Division, from the Fitchburg District Court of the Commonwealth of Massachusetts, and for their Notice of Removal state as follows:

1. The petitioner is named as defendant by the plaintiffs, Paul Larke and T.L., in a civil action filed in the Fitchburg District Court entitled *Larke, Paul et al. v. Fitchburg High School et al.*, C.A. No. 2516CV000202. On August 4, 2025, Plaintiff attempted to effectuate service on

---

[1] Although Plaintiffs included the Minor Plaintiff's full name in their filing in the Worcester District Court, pursuant to Fed. R. Civ. P. 5.2, the Petitioner refers to the Minor Plaintiff as T.L. The Petitioner further redacts the portions of the Complaint identifying the Minor Plaintiff's full name from the relevant pleadings.

[2] The Summonses filed with the Fitchburg District Court indicate that Plaintiffs attempted to effectuate service on Mr. Sochovka and Dr. Braga by sending the Complaint to Fitchburg High School by certified mail, rather than by serving them individually. *See* Mass. R. Civ. P. 4(d)(1). *See also* attached "Exhibit C." Thus, Mr. Sochovka and Dr. Braga have not been "properly joined and served" for the purpose of consenting to this removal under 28 U.S.C. § 1446(b)(2)(A).

the petitioner, Fitchburg High School, by delivering a Summons and Complaint to Fitchburg High School.[3] A copy of the Complaint is attached hereto as "Exhibit A". A copy of the return of service is attached hereto as Exhibits "B". The petitioner has not yet answered or otherwise responded to said Summons and Complaint.[4]

2. This is a suit of a wholly civil nature brought in a Massachusetts state court. The action is pending in the Fitchburg District Court of the Commonwealth of Massachusetts, accordingly, under 28 U.S.C. § 101 and § 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3. In the Complaint, the plaintiffs allege that the petitioner violated the plaintiffs' Civil Rights, including Plaintiff's rights to equal protection under the 14th Amendment to the United States Constitution.[5]

4. Because this civil action arises under the Constitution and laws of the United States, the United States District Court has original jurisdiction under 28 U.S.C. § 1331.

5. The petitioner is filing this Notice of Removal within thirty days of service of the Summons and Complaint, within thirty days of the date this action became removable, and within the time for filing this petition. *See* 28 U.S.C. § 1446.

---

[3] The Fitchburg High School is not a separate legal entity subject to suit. *See, e.g. Mercado v. U.S. Dep't of Educ.*, No. 24-CV-10006-IT, 2024 WL 3237784, at *1 (D. Mass. June 28, 2024) (elementary school not an entity subject to suit); *Halabi v. Canton Police Dep't*, No. CV 17-10137-FDS, 2017 WL 903453, at *2 (D. Mass. Mar. 7, 2017) (town police department no separate entity subject to suit under 42 U.S.C. § 1983); *Brown v. Chelsea Police Dep't*, No. CV 16-11422-JGD, 2016 WL 4582078, at *2 (D. Mass. July 19, 2016) (same).

[4] This Notice of Removal should not be considered a waiver of the Petitioners' right to move to dismiss the Complaint for insufficient service of process or for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(5)-(6).

[5] Though not required to do so, liberally construing the *pro se* plaintiffs' Complaint, the petitioner assumes this claim us brought pursuant to 42 U.S.C. § 1983.

6. The petitioner will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Fitchburg District Court of Massachusetts.

7. Pursuant to Local Rule 81.1(a), the petitioner shall request of the Clerk of the Fitchburg District Court of Massachusetts, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within twenty-eight days after the filing of this Notice of Removal.

WHEREFORE, the petitioner, Fitchburg High School, prays that the above-entitled action now pending in the Fitchburg District Court of the Commonwealth of Massachusetts in and for Worcester County be removed from that Court to this United States District Court.

The Defendant,

FITCHBURG HIGH SCHOOL

By its Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ Matthew J. Hamel*
Matthew J. Hamel, BBO #706146
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
mhamel@piercedavis.com

Dated: August 22, 2025

## **CERTIFICATE OF SERVICE**

       I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered** participants on August 22, 2025.

**
Paul Larke
186 High St
Fitchburg, MA 01420

                                            */s/ Matthew J. Hamel*

                                            _____
                                            Matthew J. Hamel, BBO #706146