

# COMMONWEALTH OF MASSACHUSETTS

WORCHESTER, ss.

DISTRICT COURT DEPARTMENT

FITCHBURG DIVISION

CIVIL ACTION NO. *2516 C V0202*

████████████ )

PAUL LARKE )

    Plaintiff )

V. )

 FITCHBURG HIGH SCHOOL )

DOUG SOCHOVKA )

DR. JOHN BRAGA )

    Defendants )

## COMPLAINT

This matter is a civil action concerning ████████ and Paul Larke's civil rights; the Equal Protection under the law, right to due process, the right to use Justifiable Force and the right to the freedom of information act. John Braga also made libelous statements against ████

## FACTS

██████was being bullied at Fitchburg High School. ██████notified the Assistant Principal Doug Sochovka (Doug) that she was being threatened. Doug failed to take any action on the report of threats. The following weed the bully acted on his threats, and punched ██████ in the face. ██████then defended herself and was send home on or about 12/21/ 23.

After an investigation by Principal Dr. John Braga (John) the Larke family was called in for a meeting with Doug and John. Doug and John were the only people in attendance. Doug and John were the only people in attendance other than the Larke Family on or about 1/2/24. Paul Larke asked "what██████was being accused of?". John stated that "██████was standing next to the bully". Paul Larke also asked for a copy the bullying report.

John notified the Larke family that██████was suspended for 10 days by email. The email stated that the suspension was from 1/2/24 to 1/17/24. John stated the following reason for the suspension. Your child committed the infraction as charged and I have imposed an out-of-school suspension of 10 school days, beginning on 1/2/24 and ending on 1/17/24. John had made this determination based on eyewitnesses' accounts and on footage that was recorded.  After considering alternative to suspension, John made the determination that██████will be suspended out of school on the following basis: 1) Due to the serious and egregious nature of the student's violation of applicable school rules, John had determined that sanctions other than out-of-school suspension

would be inadequate and unsuitable.  2) Because the student's continued presence in school would pose a specific, documentable concern about the infliction of other serious harm upon another person while in school. 3) based on my consideration of the evidence presented, there is a threat of violence to a specific student or students, 4) based on my consideration of the evidence presented, including the violent nature of the student's conduct, there is a concern that the student will engage on serious harm to another student. 5)based on my consideration of the environment and prevent the student from inflicting serious emotional harm on another student.

Paul Larke repeated request a copy and the bullying report.  On May 13, 2025 Dr. John Braga email Paul Larke and stated in that email "we completed a review of the cafeteria incident from December 2023." Dr John Braga still refused to disclose the report.


## ARGUMENTS

The Larke Family, complaint is that ███ was bullied by ███ (bullying is the repeated use by one or more students or by a member of the school staff, of a written, verb, or electronic expression, or a physical act or gesture, or any combination thereof, directed at a target. See page 87 of the Fitchbury high school handbook) and that Doug know about the bullying. Doug as a member of the school staff shall immediately report any instance of bullying the staff member has witnessed or become aware of to the school principal or their designees as identified in the plan as

responsible for receiving such reports, or both. (See page 89 of the Fitchburg high school handbook). The fact that Doug failed to file a report about the cafeteria bullying and threats on █████ person is a violation of the <u>EQUAL PROTECTION under Mass. Law (14 Amendment U.S. Constitution Mass. Article.</u>

At the Fitchburg High School Hearing, the Larke Family was not allowed to question witnesses, and not allowed to see any evidence against her. Which violated █████ right to Due Process.  Under Massachusetts Law, due process is primarily governed by Article 10 of the Massachusetts Declaration of Rights, which protects individuals from government actions that violate their fundamental rights or deprive them of life, liberty, or property without fair procedures. Due process includes both procedural and substantive components.

█████ has a right to the use of Justifiable force, when █████ stood up and punched her in the face. Under Mass. Law, Justifiable Force in Massachusetts, justifiable force, including deadly force, is permitted in self-defense when an individual reasonably believes they are in imminent danger of death or serious bodily harm. This belief must be reasonable, and the individual must have exhausted all other reasonable means to avoid the threat. However, the force used must be proportionate to the threat.

The Larke family has the right to public records. The Fitchburg High School refuses to hand over the bullying report to the Larke family is a violation of their rights. Under Massachusetts' Public records Law, any individual can request access to government

records including information like memos, photos, and financial statements. The law, which operates similarly to the federal freedom of information act (FOIA), generally presumes records to be public unless they fall under one of the specific exemptions. The law also outlines procedures for making requests and provides a process for appeals if a request is denied.

## DEMANDS

The Larke family demands $ 50,000 in damages and a letter of apology

PAUL LARKE
PRO SE

June 24, 2025